**<u>Exhibit 2</u>**

## Health Diagnostic Laboratory, Inc.

## Payment Listing for Michael Goldis

| Payment Number | Payment Date | Payment Amount |
|---:|:---:|---:|
| 10899 | 7/6/2011 | $140.00 |
| 11940 | 8/5/2011 | $300.00 |
| 12987 | 9/7/2011 | $380.00 |
| 14178 | 10/5/2011 | $280.00 |
| 15599 | 11/7/2011 | $280.00 |
| 16774 | 12/5/2011 | $120.00 |
| 18042 | 1/6/2012 | $140.00 |
| 19244 | 2/7/2012 | $200.00 |
| 21132 | 3/5/2012 | $300.00 |
| 22673 | 4/9/2012 | $80.00 |
| 24212 | 5/7/2012 | $80.00 |
| 25878 | 6/6/2012 | $520.00 |
| 27690 | 7/6/2012 | $240.00 |
| 29477 | 8/7/2012 | $160.00 |
| 31366 | 9/7/2012 | $140.00 |
| 35399 | 11/6/2012 | $20.00 |
| 46321 | 4/8/2013 | $20.00 |
| 48537 | 5/7/2013 | $40.00 |
| 51045 | 6/6/2013 | $60.00 |
| 53375 | 7/5/2013 | $40.00 |
| 55888 | 8/5/2013 | $60.00 |
| 58456 | 9/5/2013 | $140.00 |
| 60894 | 10/8/2013 | $60.00 |
| 63399 | 11/5/2013 | $60.00 |
| 68991 | 1/7/2014 | $20.00 |
| 71512 | 2/11/2014 | $20.00 |
| | | $3,900.00 |