**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **In re:**<br><br>**HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No.: 15-32919-KRH**<br><br>**Jointly Administered** |
| **RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GOLDIS GERIATRICS, P.C.,** *et al.,*<br><br>**Defendants.** | **Adv. Proc. No. 17-04329-KRH** |

**CERTIFICATE OF SERVICE**

I, Diana Lyn Curtis McGraw, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the copies of the Complaint [Docket Item No. 1] together with the Order Approving Amended Procedures Governing Avoidance Action Adversary Proceedings and Summons and Notice in an Adversary Proceeding [Docket Item No. 3] were served on July 21, 2017, as follows:

**Mail Service:** Regular, first class United States mail, postage fully pre-paid and addressed to:

> MICHAEL E. GOLDIS
> REG. AGENT AND PRESIDENT
> 36 STOKES ROAD
> MT. LAUREL, NJ 08054

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434)(the "**Debtors**").

Cullen D. Speckhart (VSB No. 79096)
Diana Lyn Curtis McGraw (VSB No. 89392)
**WOLCOTT RIVERS GATES**
919 E. Main Street, Ste. 1040, Richmond, Virginia 23219
200 Bendix Road, Ste. 300, Virginia Beach, Virginia 23452
Telephone: (757) 687-3644
Email: hdl@wolriv.com

*Counsel to Plaintiff Richard Arrowsmith,
Liquidating Trustee of the HDL Liquidating Trust*

MICHAEL GOLDIS
119 E. LAUREL ROAD
STRATFORD, NJ 08084

Under penalty of perjury, I declare that the foregoing is true and correct.

<u>July 21, 2017</u>                                    <u>*/s/ Diana Lyn Curtis McGraw*</u>
Date                                                            Signature

| Print Name: |
| --- |
| Diana Lyn Curtis McGraw |
| Business Address: |
| 200 Bendix Road, Suite 300, Virginia Beach, VA 23452 |